**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JAMES KNIGHT,                  :    No. 69 WM 2021

          Petitioner           :

            v.                   :

MICHAEL OVERMEYER,       :

          Respondent        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of March, 2022, the "Petition for Extraordinary Relief under King[']s Bench Authority" is DENIED.